1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division

4   TRACIE L. BROWN (CSBN 188349)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6917
7       Facsimile: (415) 436-7234

8   Attorneys for Plaintiff

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12
    UNITED STATES OF AMERICA,        )        No. CR 06-00068 PJH
13                                   )
            Plaintiff,               )
14                                   )
        v.                           )        STIPULATION AND [P~~ROPOSE~~D]
15                                   )        ORDER EXCLUDING TIME FROM
    TOMMIE D. SMITH,                 )        FEBRUARY 15, 2006 TO APRIL 5, 2006
16                                   )        FROM THE SPEEDY TRIAL ACT
            Defendant.               )        CALCULATION (18 U.S.C.
17  _____ )        § 3161(h)(8)(A))

18

19

20          The parties appeared before the Court on February 15, 2006 and March 1, 2006.  With the

21  agreement of the parties, and with the consent of the defendant, the Court enters this order

22  scheduling a motions hearing on May 10, 2006 at 2:30 p.m., and documenting the exclusion of

23  time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from February 1, 2006 to April 5,

24  2006 (the date on which the Defendant was ordered to file any motions).  The parties agreed, and

25  the Court found and held, as follows:

26          1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant

27  the requested continuance would unreasonably deny defense counsel reasonable time necessary

28  for effective preparation, taking into account Defendant's counsel's need to review discovery and

    STIPULATION AND ORDER
    CR 06-00068 PJH                            1

1   investigate possible motions, and would also deny the defendant continuity of counsel.

2        2.  Given these circumstances, the Court found that the ends of justice served by

3   excluding the period from February 15, 2006 to April 5, 2006, outweigh the best interest of the

4   public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

5        3.  Accordingly, and with the consent of the defendant, the Court ordered that the period

6   from February 15, 2006 to April 5, 2006, be excluded from Speedy Trial Act calculations under

7   18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8        5.  The parties will appear at a motions hearing on May 10, 2006, 2005, at 2:30 p.m.

9        IT IS SO STIPULATED.

10

11  DATED: _____          _____/s/_____
                                            TRACIE L. BROWN
12                                          Assistant United States Attorney

13

14  DATED: _____        _____/s/_____
                                            MARC J. ZILVERSMIT
15                                          Attorney for Tommie Smith

16       IT IS SO ORDERED.

17
           4/7/06
18  DATED:_____                       IT IS SO ORDERED

19                                                    _____ILTON
                                            Un                        Judge Phyllis J. Hamilton

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CR 06-00068 PJH                          2