JUN-16-2006  15:48  FROM                                    TO   95522703                      P.02/02

1  MARC J. ZILVERSMIT, ESQ., State Bar No. 132057
   523 Octavia Street
2  San Francisco, CA 94102
   Telephone: (415) 431-3472           **E-Filing**
3
   Attorney for Defendant
4  TOMMIE D. SMITH

5           IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
   UNITED STATES OF AMERICA,        )   No. CR-06-0068-PJH
8                                   )
              Plaintiff,             )   STIPULATED MOTION TO
9                                   )   CONTINUE SENTENCING DATE;
          vs.                       )   [PROPOSED] ORDER
10                                  )
   TOMMIE D. SMITH,                 )
11                                  )
              Defendant.             )
12  _____ )

13       The parties hereby move this Court to continue the Sentencing Hearing Date currently set

14  for August 23, 2006, to September 20, 2006 at 1:30 pm, or other convenient date set by this

15  Court for the hearing, so that the defense can obtain the remaining medical records for the

16  defendant which are needed to prepare for sentencing.

17       The Probation Office has no objection to this continuance.

18  Dated: June 9, 2006                       Respectfully stipulated and submitted,

19
20                                            _____
                                              MARC J. ZILVERSMIT,
21                                            Attorney for Defendant,
                                              TOMMIE D. SMITH
22

23
24  6/16/06                                   _____
                                              TRACIE BROWN,
25                                            Assistant United States Attorney

26  IT IS SO ORDERED:

27  _____  6/29/06
28  THE HONORABLE PHYLLIS J. HAMILTON
    Judge of the United States District Court


Motion and [Proposed] Order to Continue          1

                                                                                          TOTAL P.02